*William B. Davis* and *E. C. Sherwood* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

In the Matter of the Claim of VERONICA ROBBINS et al., Respondents, against ENTERPRISE OIL Co., INC., Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 18, 1938; decided June 3, 1938.

612

*Joseph E. Connors* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for respondent.

Motion to dismiss appeal denied. We do not pass upon the effect of such an appeal upon the State Insurance Fund.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.